## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Resh, Duane A.  
        Debtor(s)

CHAPTER 13

BKY. NO. 17-11729 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2912

                                      Respectfully submitted,

                                      **/s/Brian C. Nicholas, Esquire**  
                                      Brian C. Nicholas, Esquire  
                                      Thomas Puleo, Esquire  
                                      KML Law Group, P.C.  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA 19106-1532  
                                      (215) 825-6306  FAX (215) 825-6406