Certificate Number: 15111-PAE-DE-029642339

Bankruptcy Case Number: 17-11729



15111-PAE-DE-029642339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 27, 2017</u>, at <u>12:08</u> o'clock <u>PM EDT</u>, <u>Duane Alan Resh</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 27, 2017</u>         By:   <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>