UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Bankruptcy No.: 17-11729-jkf
                                          :        Chapter 13
Duane A. Resh                             :

## ORDER

AND NOW, this _____ day of _____, 2017. upon consideration of the First Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,000.00. and expenses in the amount of $0.00, as no expenses were requested for reimbursement.

BY THE COURT

_____
Jean K. Fitzsimon, U.S. Bankruptcy Judge

Date: January 16, 2018