United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11729-jkf
Duane A. Resh                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey            Page 1 of 1              Date Rcvd: Jan 16, 2018
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db              Duane A. Resh,    1031 Orchid Way,    Mountville, PA   17554-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      CYNTHIA E. REED    on behalf of Debtor Duane A. Resh creed15030@gmail.com,   bhuber.1500@gmail.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.: 17-11729-jkf |
| | : | Chapter 13 |
| Duane A. Resh | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2017. upon consideration of the First Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $2,000.00. and expenses in the amount of $0.00, as no expenses were requested for reimbursement.

BY THE COURT

_____
Jean K. Fitzsimon, U.S. Bankruptcy Judge

**Date: January 16, 2018**