Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-11729-AMC

DUANE A. RESH  
1031 ORCHID WAY  
MOUNTVILLE  PA    17554-1201

Petition Filed Date: 03/10/2017  
341 Hearing Date: 06/06/2017  
Confirmation Date: 11/30/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $298.16 | | 02/05/2019 | $298.16 | | 03/06/2019 | $298.16 | |
| 04/09/2019 | $298.16 | | 05/06/2019 | $298.16 | | 06/03/2019 | $298.16 | |
| 07/08/2019 | $298.16 | | 08/05/2019 | $298.16 | | 09/04/2019 | $298.16 | |
| 10/07/2019 | $298.16 | 6213294000 | 11/04/2019 | $298.16 | 6305897000 | 12/09/2019 | $298.16 | 6375464000 |
| 01/06/2020 | $298.16 | 6462335000 | 02/05/2020 | $298.16 | 6530829000 | 03/05/2020 | $298.16 | 6613175000 |
| 04/06/2020 | $298.16 | 6687672000 | 05/04/2020 | $298.16 | 6758592000 | 06/05/2020 | $298.16 | 6836976000 |
| 07/06/2020 | $298.16 | 6917595000 | 08/03/2020 | $298.16 | 6981058000 | | | |

**Total Receipts for the Period: $5,963.20    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,749.56**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $9,171.39 | $850.69 | $8,320.70 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $13,784.13 | $1,278.72 | $12,505.41 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $26,866.30 | $2,492.14 | $24,374.16 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $23,836.22 | $2,211.07 | $21,625.15 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | NBT BANK NA<br>»» 006 | Unsecured Creditors | $4,137.47 | $383.75 | $3,753.72 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Unsecured Creditors | $10,443.84 | $968.79 | $9,475.05 |
| 9 | CYNTHIA E REED<br>»» 009 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 17-11729-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,749.56 | Current Monthly Payment: | $298.16 |
| Paid to Claims: | $10,185.16 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,027.72 | Total Plan Base: | $22,164.44 |
| Funds on Hand: | $536.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.