United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 17-11729-amc

Duane A. Resh                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 3

Date Rcvd: Apr 26, 2022                       Form ID: 138OBJ                          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Duane A. Resh, 1031 Orchid Way, Mountville, PA 17554-1201 |
| 13881220 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13947003 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13881223 | + | Christine M Resh, 1031 Orchid Way, Mountville, PA 17554-1201 |
| 14031340 | + | Cynthia E. Reed, Attorney at law, 8 N. Queen St. 700H, Lancaster, PA 17603-3832 |
| 13881228 | + | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 13881230 | + | Navy Federal Credit Union, 5 Bel Air South Parkway Suite 101, Bel Air, MD 21015-6086 |
| 13881232 | + | Northland Group, 7831 Glenroy Rd, Suite 3250, Edina, MN 55439-3132 |
| 13904351 | + | USAA SAVINGS BANK, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, PO Box 272410, Boca Raton, FL 33427-2410 |
| 13881234 | | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13881217 | + | Email/Text: legal@arsnational.com | Apr 27 2022 00:05:00 | ARS National Services, Inc, PO Box 469100, Escondido, CA 92046-9100 |
| 13881218 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:24 | AT&T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13881219 | + | Email/Text: g20956@att.com | Apr 27 2022 00:05:00 | At&t Wireless, PO Box 537104, Atlanta, GA 30353-7104 |
| 13881220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13947003 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 27 2022 00:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13881221 | | Email/Text: cms-bk@cms-collect.com | Apr 27 2022 00:05:00 | Capital Management Services, LP, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 13881224 | + | Email/Text: clientservices@credit-control.com | Apr 27 2022 00:05:00 | Credit Control, LLC, 5757 Phantom Dr., Ste 330, |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Apr 26, 2022                       Form ID: 138OBJ                                 Total Noticed: 29

| | | | |
|---|---|---|---|
| | | | Hazelwood, MO 63042-2429 |
| 13881225 | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13885082 | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13881226 | Email/Text: GCSBankruptcy@gcserv.com | Apr 27 2022 00:04:00 | GC Services, LP, 6330 Gulfton, Houston, TX 77081 |
| 13881222 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2022 00:13:15 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850 |
| 13915979 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2022 00:13:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13881229 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 00:05:00 | Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 13976618 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2022 00:05:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13925370 | Email/Text: bankruptcy@nbtbank.com | Apr 27 2022 00:05:00 | NBT Bank, 52 South Broad Street, Norwich, NY 13815 |
| 13881231 | + Email/Text: bankruptcy@nbtbank.com | Apr 27 2022 00:05:00 | NBT Bank NA, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 13901849 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 27 2022 00:05:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 13881234 | Email/Text: bkelectronicnotices@usaa.com | Apr 27 2022 00:04:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 13881233 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:11 | Universal CD CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
13881227        ##+             Global Receivables, 7171 Mercy Road, Omaha, NE 68106-2636

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022                    Signature:        /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 26, 2022                       Form ID: 138OBJ                                 Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Duane A. Resh avgrbach@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com |
| CYNTHIA E. REED | on behalf of Debtor Duane A. Resh creed15030@gmail.com  bhuber.1500@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Duane A. Resh

            Debtor(s)

Case No: 17−11729−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

44 − 43
Form 138OBJ